UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 5:20-CR-1548 |
| SERGIO CASIANO-ZAPATA (1) | § | SEALED INDICTMENT |
| JOSE RAMIREZ aka ZORRO (3) | | |
| JOSE LUIS CARDENAS (5) | § | |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

NOW COMES the United States of America, by and through its United States Attorney in and for the Southern District of Texas, who would move this Honorable Court to unseal the above-styled Indictment as to only Defendants SERGIO CASIANO-ZAPATA, JOSE RAMIREZ aka ZORRO and JOSE LUIS CARDENAS and in support thereof would show unto the Court the following:

I

On August 19, 2020, a Federal Grand Jury sitting at Houston, Texas, returned the above-styled Indictment. Upon application to the Court, the Indictment was ordered sealed by the Honorable Marina Garcia-Marmolejo, United States District Judge. On September 17, 2020 the Defendants were arrested in Laredo, Texas on a filed Bench Warrant and are currently awaiting Initial Appearance in Laredo, Texas.

II

In order for this case to proceed as expeditiously as possible, the Indictment should be unsealed as to only Defendants SERGIO CASIANO-ZAPATA, JOSE RAMIREZ aka ZORRO and JOSE LUIS CARDENAS.

WHEREFORE, PREMISES CONSIDERED, and in the interest of justice, the Government respectfully requests this Court to order the above-styled Indictment unsealed as to only Defendants SERGIO CASIANO-ZAPATA, JOSE RAMIREZ aka ZORRO and JOSE LUIS CARDENAS, in order to allow the due process of law.

    RYAN K, PATRICK
    UNITED STATES ATTORNEY

    _____
    ANTHONY J. EVANS
    Assistant United States Attorney